

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

12/17/2015 10:30 AM

COURTROOM Room 4-117

**HONORABLE CARYL DELANO**

| CASE NUMBER: | | FILING DATE: | |
|---|---|---|---|
| 9:15-bk-07321-FMD | Chapter 7 | 10/19/2015 | |
| **ADVERSARY:** | 9:15-ap-00926-FMD | **Pltf Atty:** | J Andrew Meyer |
| | | **Dft Atty:** | Jonathan M Bierfeld |
| **DEBTOR:** | Elizabeth Marie Blank | | |

**HEARING:**

Cross et al v. Blank

Motion to Dismiss Adversary Proceeding Filed by Jonathan M Bierfeld on behalf of Defendant Elizabeth Marie Blank. (Attachments: # [1] Exhibit Schedule B # [2] Exhibit Statement of Financial Affairs) (Bierfeld, Jonathan) Doc #3

**APPEARANCES:**: Jonathan Bierfeld, J. Andrew Meyer

**WITNESSES:**

**EVIDENCE:**

**RULING:**
Motion to Dismiss Adversary Proceeding Filed by Jonathan M Bierfeld on behalf of Defendant Elizabeth Marie Blank. (Attachments: # [1] Exhibit Schedule B # [2] Exhibit Statement of Financial Affairs) (Bierfeld, Jonathan) Doc #3 -   Denied as moot, defendant will respond to amended complaint within 21 days O/Bierfeld
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.