ORDERED.

Dated:  December 22, 2015

Caryl E. Delano
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

In re:

ELIZABETH MARIE BLANK,　　　　　　　　　　　Case No.: 9:15-bk-07321-FMD

Debtor(s).　　　　　　　　　　　　　　　　　　　　　Chapter 7

_____/

TOBY CROSS and ARTHUR LOPEZ,
individuals, on their own behalf and on
behalf of all others similarly situated

Plaintiff(s),　　　　　　　　　　　　　　　　　　　Adv. No.: 9:15-ap-00926-FMD

vs.

ELIZABETH MARIE BLANK

Defendant(s).

_____/

**ORDER DENYING DEFENDANT'S MOTION
TO DISMISS ADVERSARY PROCEEDING AS MOOT**

THIS CASE came on for a hearing on December 17, 2015, upon the Defendant's Motion to Dismiss Complaint  (the "Motion") (Doc. No. 3).  The Court having reviewed the record finds that the Plaintiffs filed an Amended Complaint (Doc. No. 5) on December 10, 2015.  Therefore, it is appropriate to deny the Defendant's Motion as moot.  Accordingly, it is

**ORDERED**, as follows:

1.　　　　The Defendant's Motion to Dismiss Case is hereby DENIED as MOOT.

2.	The Defendant shall have twenty-one (21) days from entry of this ORDER to file a Responsive Pleading to the Amended Complaint.

Attorney Jonathan M. Bierfeld is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.